UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAM COFIE,

                Plaintiff,

-against-

DIRECTOR, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

                Defendant.

25-CV-4296 (JAV)

ORDER OF SERVICE

JEANNETTE A. VARGAS, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendant Director, U.S. Citizenship and Immigration Service. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons.

    If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service.[1]

SO ORDERED.

Dated: July 29, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

---

[1] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.